O

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANDRE LEWIS, | NO. CV 07-07346 SGL (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LARRY SMALL, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 31, 2008

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE